IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21146
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN DAVIS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-263-1
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for John Davis has requested leave to
withdraw as counsel and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967). Davis has not filed a
response. Our independent review of the brief and the record
discloses no nonfrivolous issue. Accordingly, counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.